**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **MR. AHMED ELGHEMBRI,** | ) | Case No. SACV 11-640-RGK(AJW) |
| **Petitioner,** | ) | |
| v. | ) | **JUDGMENT** |
| **MR. ANTHONY HEDGPETH, et al.,** | ) | |
| **Respondents.** | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: June 14, 2011

_____
R. Gary Klausner
United States District Judge